EDWIN C. SWIFT et al., appellants,

*v.*

JAMES N. PIDCOCK, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Swift* v. *Pidcock, 6 Dick. Ch. Rep. 405.*

*Mr. Frederic W. Stevens* and *Mr. Richard V. Lindabury,* for the appellants.

*Mr. Louis Hood* and *Mr. J. Flavel McGee,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GUMMERE, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN—9.

*For reversal*—None.